No. 85–5162.  CORTEZ *v.* PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 85–5329.  SMITH *v.* CITY OF PITTSBURGH.  C. A. 3d Cir.  Certiorari denied.

No. 85–5336.  SCOTT *v.* DENTON ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 85–5344.  PAGE ET AL. *v.* MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 85–5351.  DANO *v.* SZOMBATHY.  Sup. Ct. N. J.  Certiorari denied.

No. 85–5353.  MAHDAVI *v.* SHIRANI.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 85–5355.  WEEKS *v.* JOHNSON, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 85–5359.  KAHIKINA *v.* HAWAII.  Sup. Ct. Haw.  Certiorari denied.

No. 85–5361.  COLEMAN ET AL. *v.* DELAWARE ET AL.  Sup. Ct. Del.  Certiorari denied.

No. 85–5366.  JONES *v.* CALIFORNIA INSTITUTION FOR MEN.  C. A. 9th Cir.  Certiorari denied.

No. 85–5367.  IN RE JAMES.  C. A. 4th Cir.  Certiorari denied.

No. 85–5373.  REED *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 85–5374.  BALL *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 85–5376.  HOLLIDAY *v.* HAUPTMAN, TRUSTEE IN BANKRUPTCY.  C. A. 2d Cir.  Certiorari denied.

No. 85–5378.  BISHOP *v.* DAVIS.  Sup. Ct. Ala.  Certiorari denied.